1  DAVID B.A. DEMO (SBN 153997)
   JENNY J. CHU (SBN 223077)
2  LHB PACIFIC LAW PARTNERS, LLP
   5858 Horton Street, Suite 370
3  Emeryville, CA  94608
   (510) 841-7777
4

5  Attorneys for DEFENDANT
   THE BURLINGTON INSURANCE COMPANY
6  (erroneously identified by plaintiffs herein as "Respondent")

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11 | CMS SECURITY, INC., a California ) Case No.: C 09-02216 MMC
   | Corporation, and EVERAL THOMPSON, an ) Case No.: C 09-02217 MMC
12 | individual, )
   | )
13 | ) [PROPOSED] ORDER
   | Plaintiffs, )
14 | ) GRANTING DEFENDANT'S MOTION TO
   | ) CONSOLIDATE; VACATING HEARING
15 | THE BURLINGTON INSURANCE )
   | COMPANY, a Corporation, and DOES )
16 | 1 – 20, )
   | )
17 | )
   | Defendants )
18 |_____)

19

20       Before the Court is defendant's motion to consolidate this matter with the related case

21 number C 09-02217 MMC.  Plaintiffs have not filed opposition.  Having read and considered
   the papers filed in support of the motion, the Court deems the matter suitable for decision
22 thereon, VACATES the July 31, 2009 hearing, and rules as follows.

23       The Court finds that both cases involve common questions of law and fact.  Accordingly,

24 pursuant to FRCP 42(a), the Court hereby GRANTS defendant's motion such that both cases

25 shall be and hereby are consolidated for all purposes, including trial.

26

27       In accordance with Civil Local Rule 3-4(b), the caption of every pleading filed in these
   consolidated actions shall denote the lead case number, C-09-02216 MMC.
28

Case No. C09-02216 MMC                    1              [Proposed] Order Consolidating Related Cases

1  All papers filed and served to date in the cases identified above are hereby deemed part of the record in these consolidated actions.

2

3

4

5  IT IS SO ORDERED:

6  DATED: July 28, 2009

                                 MAXINE M. CHESNEY

7  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LHB Pacific Law Partners, LLP
5858 Horton Street, Suite 370
Emeryville, CA  94608
(510) 841-7777 - Facsimile (510) 841-7776

Case No. C09-02216 MMC      2      [Proposed] Order Consolidating Related Cases