IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CMS SECURITY, INC., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>THE BURLINGTON INSURANCE COMPANY,<br><br>  Defendant | Lead Case No. C-09-2216 MMC<br>Case No. C-09-2217 MMC<br><br>**ORDER VACATING FEBRUARY 19, 2010 HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Before the Court is defendant The Burlington Insurance Company's ("TBIC") Motion for Summary Judgment, filed January 13, 2010. Plaintiffs CMS Security, Inc. and Everal Thompson (collectively, "CMS") have filed opposition, to which TBIC has replied.[1] Having read and considered the parties' respective filings, the Court hereby deems the matter suitable for decision thereon, and VACATES the hearing scheduled for February 19, 2010.

**IT IS SO ORDERED.**

Dated: February 17, 2010

MAXINE M. CHESNEY
United States District Judge

---

[1] Additionally, CMS has filed a surreply, to which TBIC has responded with a motion to strike.