IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CMS SECURITY, INC., et al.,

        Plaintiffs,

  v.

THE BURLINGTON INSURANCE COMPANY,

        Defendant.

Lead Case No. C-09-2216 MMC
Case No. C-09-2217 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** defendant TBIC's motion for summary judgment is hereby GRANTED.

Dated: February 25, 2010

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk