IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CMS SECURITY, INC., et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>THE BURLINGTON INSURANCE COMPANY,<br><br>        Defendant.<br>_____/ | Lead Case No. C-09-2216 MMC<br>Case No. C-09-2217 MMC<br><br>**JUDGMENT IN A CIVIL CASE** |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** defendant TBIC's motion for summary judgment is hereby GRANTED.

Dated: February 25, 2010　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　*Tracy Lucero*

　　　　　　　　　　　　　　　　　　　　　　　By: Tracy Lucero
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk